DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONOVAN M. HENRY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1559

[January 26, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502015CF012851A.

James S. Lewis, Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KUNTZ and ARTAU, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***